IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Hoelscher,<br><br>         Plaintiff,<br><br>v.<br><br>Americans for Prosperity Foundation,<br><br>         Defendant. | No. CV-15-01554-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation of Dismissal with Prejudice (Doc. 52), filed on May 11, 2017,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 52) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 11th day of May, 2017.

Honorable Diane J. Humetewa
United States District Judge